### 12261.   LYON v. PAYNE, agent.

STEPHENS, J.   1.   The bill of exceptions in this case complains only of the overruling of a motion to dismiss the defendant's motion for a new trial.   The judgment overruling the motion for a new trial having this day been affirmed by the Court of Appeals (*Payne* v. *Lyon*, post 246), the questions raised in the motion to dismiss the motion for a new trial have therefore become moot, and it would be futile and of no avail for this court to consider such questions and render a decision thereon.

*Writ of error dismissed. Jenkins, P. J., concurs. Hill, J., absent on account of illness.*

DECIDED FEBRUARY 22, 1922.

Action for damages; from Cobb superior court — Judge Searcy presiding.   January 5, 1922.

Application for certiorari was denied by the Supreme Court.

*Mozley & Gann, Morris & Hawkins,* for plaintiff in error.

*Tye, Peeples & Tye, Clay & Blair,* contra.